UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BRICKLAYERS AND ALLIED
CRAFTWORKERS HEALTH CARE FUND,
TRUSTEES OF; MICHIGAN BRICKLAYERS
AND ALLIED CRAFTWORKERS PENSION
FUND, TRUSTEES OF; MICHIGAN
BRICKLAYERS AND ALLIED
CRAFTWORKERS APPRENTICESHIP AND
TRAINING FUND, TRUSTEES OF; BAC 9-
MCE COOPERATION AND EDUCATION
TRUST FUND, TRUSTEES OF;
BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND,
TRUSTEES OF; INTERNATIONAL MASONRY
INSTITUTE, TRUSTEES OF;
INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS, AFL-CIO;
and INTERNATIONAL UNION OF
BRICKLAYERS AND ALLIED
CRAFTWORKERS, LOCAL 9, AFL-CIO,

       Plaintiffs,

v.

       CASE NO. 1:11-cv-629

       HON. ROBERT HOLMES BELL

HELMS CAULKING, INC., a Michigan
Corporation, and DANIEL HELMS, an individual,
jointly and severally,

       Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

On May 25, 2012, Mr. Dan Helms, President of Helms Caulking. Inc., submitted a

letter to the court which, in effect, objects to a writ of garnishment issued to Granger

Construction.  (Dkt. No. 88.)  This letter is not properly before the court as Mr. Helms does not have standing to represent Defendant Helms Caulking, Inc.  It is well settled that corporate defendants must be represented by counsel, and that corporate officers may not appear on behalf of their businesses.  *Doherty v. Am. Motors Corp.*, 628 F.2d334, 340 (6th Cir. 1984); *United States v. 9.19 Acres of Land*, 416 F.2d 1244 (6th Cir. 1969).  Attorney Peter Bosch is counsel of record for Helms Caulking, Inc., and any objection to issued writs of garnishment must be made through him or new counsel.  Accordingly,

**IT IS HEREBY ORDERED** that the letter by Mr. Dan Helms filed on May 25, 2012, (Dkt. No. 88) is **REJECTED** and **STRICKEN** from the record.


Dated: June 28, 2012                                    /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE