UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BRICKLAYERS AND ALLIED CRAFTWORKERS HEALTH CARE FUND, TRUSTEES OF; MICHIGAN BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, TRUSTEES OF; MICHIGAN BRICKLAYERS AND ALLIED CRAFTWORKERS APPRENTICESHIP AND TRAINING FUND, TRUSTEES OF; BAC 9-MCE COOPERATION AND EDUCATION TRUST FUND, TRUSTEES OF; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF; INTERNATIONAL MASONRY INSTITUTE, TRUSTEES OF; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, AFL-CIO; and INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS, LOCAL 9, AFL-CIO,

   Plaintiffs,

v.

HELMS CAULKING, INC., a Michigan Corporation, and DANIEL HELMS, an individual, jointly and severally,

   Defendants.
_____/

CASE NO. 1:11-cv-629

HON. ROBERT HOLMES BELL

**MEMORANDUM OPINION AND ORDER**

On May 25, 2012, Mr. Dan Helms, President of Helms Caulking. Inc., submitted a letter to the court which, in effect, objects to a writ of garnishment issued to Granger

Construction. (Dkt. No. 88.) This letter is not properly before the court as Mr. Helms does not have standing to represent Defendant Helms Caulking, Inc. It is well settled that corporate defendants must be represented by counsel, and that corporate officers may not appear on behalf of their businesses. *Doherty v. Am. Motors Corp.*, 628 F.2d334, 340 (6th Cir. 1984); *United States v. 9.19 Acres of Land*, 416 F.2d 1244 (6th Cir. 1969). Attorney Peter Bosch is counsel of record for Helms Caulking, Inc., and any objection to issued writs of garnishment must be made through him or new counsel. Accordingly,

**IT IS HEREBY ORDERED** that the letter by Mr. Dan Helms filed on May 25, 2012, (Dkt. No. 88) is **REJECTED** and **STRICKEN** from the record.

Dated: June 28, 2012 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE